3:06-cv-00290

JOHN DAVID SAVKO

42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT

FORMA PAUPERIS

U.S. DISTRICT COURT DISTRICT OF NEVADA RECEIVED MAY 22 2006 CLERK, U.S. DISTRICT COURT BY _____ DEPUTY

MAY 19, 2006 - STATUTE OF LIMITATIONS DEADLINE IS JUNE 1, 2006

FORMAL COMPLAINT: PAGE # 1 OF 5

NOW COMES ONE JOHN DAVID SAVKO OUT OF THE GREAT TOWNSHIP OF RENO NEVADA, LOCATED AT 911 PARR BOULEVARD, SHERIFF DETENTION FACILITY.

RESPECTFULLY I GIVE THIS LEGAL AND WARRANTED SUMMARY THUS AS FOLLOWS.

COMPLAINT; WASHOE LEGAL SERVICES, HEAD SUPERVISOR, PAUL ELCANO, LEGAL SPECIALIZED ATTORNEY FOR WASHOE LEGAL SERVICES, MARK ASHLEY.

REASON BEING; I HAVE STARTED A LEGAL PROCESS, 42 U.S.C. 1983 CIVIL RIGHTS COMPLAINT. THE DATE I BEGAN OFFICIALLY AND SERVED THE FINANCIAL CIRTIFICATE FOR FORMA PAUPERIS WAS ON MAY 4, 2006. THIS COMPLAINT IS BASED ON MY LEGAL ATTEMPTS TO TRY TO RECEIVE THE WHOLE AND COMPLETE PACKET PROVIDED BY WASHOE LEGAL SERVICES. I HAVE NOT RECEIVED ALL OF THE FEDERAL RULES OF CIVIL PROCEDURE AND INDICATED THAT WITH ALSO THE FACT THAT BESIDES THE FALSE IMPRISONMENT LESS THAN TWO YEARS AGO, ALSO I'VE TRIED TO ALLOW WASHOE LEGAL SERVICES TO UNDERSTAND THAT IN ACCORDANCE ALSO I HAVE A CLASS ACTION LAW SUIT.

TO DATE, THEY ARE AND WILL DENY ME TRUE AND CORRECT FEDERAL RULES, BIVENS ACTION KNOWLEDGE IN JUST AND ETHICAL CONSIDERATION. AND THUS HAVE BEEN DENYING ME ANY FORM OF RESEARCH SINCE THE DATE OF MY ARREST, APRIL 5, 2006.

\* PLEASE SEND BACK COPIED RECEIPTS.

RESPECTFULLY SUBMITTED

x John D. S____

ON 5-8-2006, I GREIVED MARK ASHLEY AND WASHOE LEGAL SERVICES; THE DEP-
UTY ON SHIFT DIVERTED THE GREIVANCE STRAIT TO W.L.S. BECAUSE HE
DIDN'T READ KITE ENTIRELY...

# Inmate Request Form

—#37—THIRTY SEVEN—

Inmate Name: SAVKO JOHN D.      Booking #: 06-6443

Housing Unit: 8 - EIGHT    Cell: 40    Date: MAY 15, 2006

Note: Inmate Rights and Discipline are the only complaints that will be addressed in a Grievance. Inmates may Request to have a Policy issue reviewed.

PAGE #2 OF 5

☐ Request    ☑ Grievance    ☐ Appeal

* ON MARK ASHLEY OF WASHOE LEGAL SERVICES; ON MAY 8, 2006 I REALIZED THAT THE CIVIL RIGHTS COMPLAINT PACKET #35 PAGES IN ALL WAS MISSING RULES OF CIVIL PROCEDURE 23 AND I'M PRETTY SURE EVEN MORE PAGES. ON A KITE TWO WEEKS BEFORE I EXPRESSED A CLASS ACTION, HE IGNORES ME.
* MARK ASHLEY REFUSES TO DATE TO DELIVER ALL INQUIRIES AND ANY OF HIS DELIVERIES OR ANSWERS BY U.S. MAIL? MY LEGAL RECEIPT...
* A NOTARIZED LETTER ADDRESSED TO W.L.S. PAUL ELCANO FOR F.O.I.A. WAS INTERSEPTED BY MR ASHLEY AND I WAS DRILLED AND QUESTIONED!

Receiving Staff / ID #: 3079    Date: 5-16-06

☑ First Response    Routing (Staff Use Only) SGT. RICE

I do not have authority to order W.L.S. to do anything or to intervene in a client matter. I cannot give you legal advice. You may contact the court, another lawyer, or Mr. Ashley's supervisor at Washoe Legal Service. We will allow use of telephone and/or mail within limits afforded all inmates that are not restricted for security reasons.

Responding Staff / ID #: [signature] 1294    Date: 5/18/06

☐ Disagree with Response. Please Review.

☐ Second Response    Routing (Staff Use Only) _____

Responding Staff / ID #: _____    Date: _____

☐ Forward To Operations Lieutenant

WHITE - BOOKING;  CANARY - SECOND RESPONSE;  PINK - FIRST RESPONSE;  GOLDENROD - INMATE RECEIPT
S-725 (REV12/05)

# Inmate Request Form

NO STAPLES; PLEASE TAPE
TIME LIMIT IS JUNE 14, 2006

Inmate Name: SAVKO, JOHN D.   Booking #: 06-6443

Housing Unit: 8 EIGHT   Cell: 40   Date: MAY 17, 2006

Note: Inmate Rights and Discipline are the only complaints that will be addressed in a Grievance. Inmates may Request to have a Policy issue reviewed.

— ACCOUNTING —
[✓] Request    [ ] Grievance    [ ] Appeal

* FIRST, (1)... I NEED A RE-PRINT OF THE MEDICAL INDIGENT STATUS, AND FINANCIAL STATUS FORM YOU JUST SENT TO ME DUE TO THE FACT THAT THIS EVENING I RECEIVED IT BACK AT MAIL-TIME RIPPED: THE 42 U.S.C., CIVIL RIGHTS COMPLAINT PACKET FOR THE FEDERAL DISTRICT COURT STATES THAT IMPERFECTIONS AND ANY WRITT- INGS ON THE BACK OF PAPERS MIGHT THEN NOT BE ACCEPTED. - THANK YOU - PLEASE DO NOT STAPLE FORM = TAPE!!

Receiving Staff / ID #: _____   Date: _____

[ ] First Response        Routing (Staff Use Only): _____

Responding Staff / ID #: (3)2514   Date: 5/19/06

[ ] Disagree with Response. Please Review.

[ ] Second Response       Routing (Staff Use Only): _____

Responding Staff / ID #: _____   Date: _____

[ ] Forward To Operations Lieutenant

WHITE - BOOKING;  CANARY - SECOND RESPONSE;  PINK - FIRST RESPONSE;  GOLDENROD - INMATE RECEIPT
S-725 (REV 12/05)

**WASHOE COUNTY SHERIFF**

*Dedicated Service in Partnership with our Community*



**Dennis Balaam
Sheriff**

# Washoe County Detention Facility
## Cash Balance History for:

| Booking Number | Name | | Booking Date | Housing Unit/ Cell | Amt |
|---|---|---|---|---|---|
| 0606443 | SAVKO, JOHN DAVID | | 4/5/2006 | H08   40 | |
| | | 4/5/2006  MONEY TAKEN AT BOOKING | | | $2.00 |
| | | 4/5/2006  PAY MEDICAL DEBT | | | $1.35 |
| | | 4/5/2006  PAY MEDICAL DEBT | | | $0.65 |
| | | 4/11/2006  WELFARE COMMISSARY PACKAGE | | | $1.50 |
| | | 4/11/2006  MEDICAL DEBIT (CHARGE) | | | $15.00 |
| | | 4/18/2006  WELFARE COMMISSARY PACKAGE | | | $1.50 |
| | | 4/21/2006  WELFARE COMMISSARY PACKAGE | | | $3.00 |
| | | 4/25/2006  WELFARE COMMISSARY PACKAGE | | | $1.50 |
| | | 5/2/2006  WELFARE COMMISSARY PACKAGE | | | $1.50 |
| | | 5/9/2006  WELFARE COMMISSARY PACKAGE | | | $1.50 |
| | | 5/10/2006  MEDICAL DEBIT (CHARGE) | | | $15.00 |
| | | 5/15/2006  WELFARE COMMISSARY PACKAGE | | | $1.50 |
| | | | | Current Balance | $0.00 |

Report Printed    5/17/2006

# Inmate Request Form

*42 USC §1983 CIVIL RIGHTS COMPLAINT: "FINANCIAL CIRTIFICATE — CARE NOTICE". PLEASE PROVIDE A COPY OF CIRTIFICATE TOO.*

Inmate Name: SAVKO, JOHN D.   Booking #: 06-6443

Housing Unit: 8 - EIGHT   Cell: 40   Date: MAY 18, 2006

Note: Inmate Rights and Discipline are the only complaints that will be addressed in a Grievance. Inmates may Request to have a Policy issue reviewed.

ROUT TO ACCOUNTING:
[X] Request  [ ] Grievance  [ ] Appeal

* LEGAL NOTE: DATE OF MY CIVIL RIGHTS COMPLAINT TO BE TURNED IN IS JUNE 14, 2006... "TWO YEAR STATUTE OF LIMITATIONS"
* FINANCIAL CIRTIFICATE AND INDIGANTCY FORMAL INVESTIGATION SHOULD BE FOCUSED ON MY 1993 MITSUBISHI ECLIPSE; RENO, MITSUBISHI MOTORS ON KIETZKE WAY: VERY COMPLICATED WITH MANY LEGAL SPECIFICS; "COURT ADDRESSED AT THIS LATTER TIME".
* LEGAL NOTE: PLEASE SEE THAT THE FINANCIAL CIRTIFICATE WITH ORIGINAL ACCOMPANYING PAPERS GETS TO ME WITH NO STAPLES OR TAPE!

Receiving Staff / ID #: 3122   Date: 5/18/06

[ ] First Response   Routing (Staff Use Only) ACCOUNTING

See other k/v

Responding Staff / ID #: 8254   Date: 5/19/06

[ ] Disagree with Response. Please Review.

[ ] Second Response   Routing (Staff Use Only) _____

Responding Staff / ID #: _____   Date: _____

[ ] Forward To Operations Lieutenant

WHITE - BOOKING;   CANARY - SECOND RESPONSE;   PINK - FIRST RESPONSE;   GOLDENROD - INMATE RECEIPT
S-725 (REV 12/05)

Washoe County Sheriff's Office
Detention Facility
911 Parr Blvd.
Reno, NV. 89512-1000

MR. JOHN DAVID SAVKO
BOOKING NO.# 0606443

- LEGAL MAIL -

COMPLAINT FOR: 42 U.S.C. § CIVIL RIGHTS COMPLAINT

3:06-cv-00290

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
SUITE #301
400 SOUTH VIRGINIA STREET
RENO, NEVADA 84501

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT.